```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JORGE OCHOA ALVAREZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-025 MCE |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING CASE |
| v. | ) ) | |
| JORGE OCHOA ALVAREZ, | ) ) | Date:  February 9, 2012 Time:  9:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Morrison C. England |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele M. Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's February 9, 2012, calendar, at the request of the parties, and be continued until February 23, 2012, at 9:00 a.m.

**IT IS FURTHER STIPULATED** that time be excluded between February 9, 2012, through and including February 23, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

///

This continuance is requested in order to consult with Mr. Ochoa-Alvarez about a just-received offer from the government to resolve the case without trial.

**IT IS SO STIPULATED.**

Dated:   February 7, 2012          /S/ Michele M. Beckwith
                                   Michele M. Beckwith
                                   Assistant United States Attorney
                                   Counsel for Plaintiff

Dated:   February 7, 2012          /S/ Jeffrey L. Staniels
                                   Jeffrey L. Staniels
                                   Assistant Federal Defender
                                   Counsel for Defendant
                                   JORGE OCHOA ALVAREZ

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference presently set for February 9, 2012, at 9:00 a.m. be continued to February 23, 2012, at 9:00 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the February 23, 2012, status conference shall be excluded from the computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

Dated: February 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE